**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 5, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-01076-CV

_____

## IN RE JAMES RAMEY, SEAN RAMEY, AND ALL OCCUPANTS, Relators

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 860916**

## M E M O R A N D U M   O P I N I O N

On, December 14, 2011, relators filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. Relators complain that respondent, the Honorable Debra Ibarra Mayfield, presiding judge of County Civil Court at Law No. 1 of Harris County, Texas, abused her discretion by denying relators' motion to set a supersedeas bond pending appeal of an order denying a stay.

Relators have not established they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Brown, Boyce, and McCally.